UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE PERRY,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br><br>    Defendant. | Case No. 19-cv-06528-SI<br><br>**JUDGMENT** |

The parties in this Social Security appeal have stipulated to a remand for further administrative action pursuant to 42 U.S.C. § 405(g), sentence four. Dkt. No. 16. Pursuant to the stipulation, the final decision of the Commissioner is reversed. Judgment is hereby entered in favor of plaintiff and against defendant.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: April 7, 2020

_____
SUSAN ILLSTON
United States District Judge